FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 FEB -1  AM 9: 06

CLERK _____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LARRY ALBERT BUSH, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CV 105-196 |
| ) | (CR 197-28) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Movant's Title 28, United States Code, Section 2255 motion is **DENIED** and this civil action is **CLOSED**.

SO ORDERED this 1st day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE